IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hale, Maurice D

Printed: 01/29/09

Case Number: 05 B 25057
Judge: Hollis, Pamela S
Filed: 6/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 8, 2009
Confirmed: August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,784.26 |  |
| Secured: |  | 5,079.28 |
| Unsecured: |  | 579.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 468.07 |
| Other Funds: |  | 57.62 |
| Totals: | 8,784.26 | 8,784.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,600.00 | 2,600.00 |
| 2. | Honor Finance | Secured | 5,079.28 | 5,079.28 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 186.00 | 186.00 |
| 4. | Peoples Energy Corp | Unsecured | 51.96 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 86.75 | 86.75 |
| 6. | Honor Finance | Unsecured | 246.59 | 246.59 |
| 7. | Arrow Financial Services | Unsecured | 42.89 | 42.89 |
| 8. | Capital One | Unsecured | 17.06 | 17.06 |
| 9. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 10. | Premier Bankcard | Unsecured |  | No Claim Filed |
| 11. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 12. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,310.53 | $ 8,258.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 17.88 |
| 5.5% | 126.51 |
| 5% | 27.59 |
| 4.8% | 57.40 |
| 5.4% | 134.16 |
| 6.5% | 63.58 |
| 6.6% | 40.95 |
|  | $ 468.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hale, Maurice D

Printed: 01/29/09

Case Number:  05 B 25057
Judge:  Hollis, Pamela S
Filed:  6/23/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

